# Rhea *v.* The Holston Salt and Plaster Company.

1. *A jury must ascertain the amount due on an account.*—A judgment taken by default on an account, without the intervention of a jury to ascertain the amount of damages, will be reversed.

APPEAL from the Circuit Court of Etowah.
Tried before the Hon. W. L. WHITLOCK.
The facts are contained in the opinion.

W. B. MARTIN, for appellant.

PER CURIAM.—This suit being on an account and not on an instrument of writing ascertaining the plaintiff's demand (Code of 1876, § 3032); and the judgment being by default, without the intervention of a jury, the judgment is reversed and the cause remanded.—*Porter v. Benbow,* 38 Ala. 343.